FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1 : 19  CR  518** |
| | ) | |
| KATHERINE E. COTTO, | ) | Title 18, United States Code, Section 641 |
| | ) | |
| Defendant. | ) | **JUDGE LIOI** |

<u>COUNT 1</u>
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around July 2013 and continuing until in or around October 2017, in the

Northern District of Ohio, Eastern Division, Defendant KATHERINE E. COTTO, in a

continuing course of conduct, willfully and knowingly did steal, purloin and convert to her own

use, without authority, dispose of property of the United States exceeding $1,000.00 in value,

belonging to the United States Social Security Administration, an agency of the United States, to

wit:  Title II Retirement Insurance benefits, in the amount of approximately $55,908.00, in

violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.